**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GENGHISCOMM HOLDINGS, LLC,<br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00901-RWS-RSP |

**ORDER**

Before the Court is the Notice of Dismissal ("Notice") filed by Plaintiff GenghisComm Holdings, LLC ("Plaintiff"). (Dkt. No. 60.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 23rd day of February, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE